RECEIVED

JUL 18 2023

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

This is an Express Trust and Deed

In The District Court of united states of America

| | |
|---|---|
| Derryn-Nicole: Jones a/k/a Derryn-Nicole: Nesbitt;jones, derryn-n;jones, derryn-nicole: Beneficiary, trustee, grantor, donor, grantee of the legal estate/trust (ens legis DERRYN NICOLE JONES a/k/a DERRYN N JONES And Dwight Earl Jones a/k/a Jones, Dwight E; Dwight E Jones; co-trustee and beneficiary of the legal estate/trust (ens legis DERRYN NICOLE JONES a/k/a DERRYN N JONES <br><br> Plaintiff <br> Vs. <br><br> BETH A BUCHANAN, individually and in her Official Capacity as Judge in United States Bankruptcy Court Southern District of Ohio MARGRET BURKS, individually and in her Official Capacity as trustee in United States Bankruptcy Court Southern District of Ohio LeANN E COVEY individually and in her Official Capacity as Attorney for CLUNK, HOOSE CO. LPA., HSBC BANK USA N.A. AS TRUSTEE CLUNK, HOOSE CO. LPA. and 1- 100 John and jane does | Case # **1 : 23 C V 4 5 2** <br><br> **J. COLE** <br> **MJ BOWMAN** <br><br><br><br> **CLAIM UNDER Deprivation of** Rights [c.f. 42 USC 1983 Permanent Injunction Declaratory Injuctive Relief <br><br><br> Demand Trial by Jury |

**CLAIM UNDER Deprivation of Rights [c.f. 42 USC 1983], Conspiracy Against Rights [c.f. 18 U.S. Code § 241], Deprivation of Rights Under Color of Law [c.f. 18 U.S. Code § 242], Frauds and swindles [c.f. 18 U.S. Code § 1341], Violation of the united states of America Constitution Fourth, Fifth, Sixth and Seventh amendments of the Bill of Rights and RICO ACT FOR DEPRAVATION OF CIVIL RIGHTS, VIOLATION OF DUE PROCESS, CONSPIRACY TO COMMIT REAL ESTATE DEED FRAUD UNDER COLOR OF LAW AND OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE**

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Derryn-Nicole:. Jones a/k/a Derryn N Nesbitt; Jones, Derryn- Nicole; Derryn N. Jones special occupant, agent, Ultimate beneficiary, trustee, executor, grantee, grantor of Estate/Trust (ens legis) DERRYN NICOLE JONES a/k/a DERRYN NICOLE NESBITT, DERRYN N JONES, to special deposit her Claim against the defendant's. The claim will be brought forward in Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform Commercial Code. This

1

Civil Action for Deprivation of Rights [c.f. 42 USC 1983], Conspiracy Against Rights [c.f. 18 U.S. Code § 241], Deprivation of Rights Under Color of Law [c.f. 18 U.S. Code § 242], Frauds and swindles [c.f. 18 U.S. Code § 1341] and Racketeer Influenced and Corrupt Organizations (RICO) Act. This case is brought to enforce constitutional rights under <u>42 U.S.C. § 1983</u>, conspiracy statutes under Federal Law.

42 U.S. Code § 1983 - Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

## I. JURISDICTION:

1. The Judiciary Act, though, Congress placed admiralty under the jurisdiction of the federal district courts.
2. This court has subject matter jurisdiction over this matter pursuant to Federal question
3. [c.f. 28 U.S.C. 1331], which provides district courts with jurisdiction over civil actions arising under the United States Constitution or laws of the United States.
4. This court has personal jurisdiction over the defendant's corporations because the corporation's principal place of business is in this state.
5. Venue is proper pursuant to Venue generally [c.f. 28 U.S.C. 1391(b)] because the events giving rise to the allegations in this complaint occurred in this district.
6. Federal court has jurisdiction over this case based on the following reasons:
    a) Civil Action for Deprivation of Rights [c.f. 42 USC 1983], Conspiracy Against Rights [c.f. 18 U.S. Code § 241], Deprivation of Rights Under Color of Law [c.f. 18 U.S. Code § 242]
    b) The plaintiff filed a claim against the state court judge, whereby other state court judges would have a conflict of interest,
    c) The state is guilty of real estate deed fraud which is verified by the day-to-day process of registering homeowners' property deeds in their office, The state is in control of the plaintiff's property deed when there is no law that forced the plaintiff to register her property, The state is paying the judge and providing a pension, 401-k, so other state court judges will have a conflict to hear this case in state court.

7. The State corporation is the real party responsible for the foreclosure on the plaintiff's property using state-licensed sub-agencies to do the dirty work.
8. The defendants violated Federal Laws.
9. The defendants violate the plaintiff's right to due process under the color of law in allege state court whereby is liable under Deprivation of Rights [c.f. 42 USC 1983] a federal civil rights statute.
10. There is no other court available for remedy.

## II.    PARTIES

11. Derryn- Nicole:. Jones a/k/a Derryn N Nesbitt; Jones, Derryn- Nicole; Derryn N. Jones special occupant, agent, Ultimate beneficiary, trustee, executor, grantee, grantor of Estate/Trust (ens legis) DERRYN NICOLE JONES a/k/a DERRYN NICOLE NESBITT, DERRYN N JONES who is under the trust and covenant of the father/creator (god) and created by the father/creator and protected by the united states of America Constitution of 1787 as ratified on December 15, 1791 to include the Bill of Rights and the Ohio Constitution as a Private Citizen of one of the union states in care of 3548 Larkspur Avenue Cincinnati, Ohio [45208].
12. Dwight Earl Jones a/k/a Dwight E Jone; Jones, Dwight-Earl; Jones, Dwight E special co-trustee, beneficiary of Estate/Trust (ens legis) DERRYN NICOLE JONES a/k/a DERRYN NICOLE NESBITT, DERRYN N JONES who is under the trust and covenant of the father/creator (god) and created by the father/creator and protected by the united states of America Constitution of 1787 as ratified on December 15, 1791 to include the Bill of Rights and the Ohio Constitution as a Private Citizen of one of the union states in care of 3548 Larkspur Avenue Cincinnati, Ohio [45208].
13. BETH A BUCHANAN a judge for the United States Bankruptcy Court Southern District of Ohio at 221 E. Fourth Street Atrium Two Suite 800 Cincinnati, Ohio 45202..
14. MARGRET A BURKS a United State Bankruptcy trustee at 600 Vine Street Suite 2200 Cincinnati, OH 45202.
15. LeANN E COVEY an attorney for CLUNK, HOOSE CO. LPA at agent of service KF STATUTORY SERVICE CORP. 1111 SUPERIOR AVE. EAST, SUITE 1360 CLEVELAND OH 44114.

16. CLUNK, HOOSE CO. LPA a law firm at agent of service KF STATUTORY SERVICE CORP. 1111 SUPERIOR AVE. EAST, SUITE 1360 CLEVELAND OH 44114..

17. U. S. BANK, N.A., AS TRUSTEE a bank as trustee for securities on the Securities and Exchange Commission at agent of service CT CORPORATION SYSTEM 4400 EASTON COMMONS WAY, SUITE 125 COLUMBUS OH 43219.

18. Unknown John and Jane Does 1-100 will place them in case when after knowledge of their names

### III. FACTS:

28. The court never got any written express consent from Derryn-Nicole:. Jones a/k/a Derryn N Nesbitt; Jones, Derryn- Nicole; Derryn N. Jones special occupant, agent, Ultimate beneficiary, trustee, executor, grantee, grantor of Estate/Trust (ens legis) DERRYN NICOLE JONES a/k/a DERRYN NICOLE NESBITT, DERRYN N JONES which required by law in violation her constitutional right and unalienable god given rights.

29. Derryn-nicole: filed a prior bankruptcy 1:17-bk-12798 which she receive a discharge and defendants john and jane doe held court ex parte in case after the case was close.

30. The defendants know derryn receive a chapter 7 discharge in bankruptcy 1:17-bk-12798 or participated in the Chapter 7.

31. A chapter 7 discharge, discharges all debt filed in the bankruptcy and case A1202035 and the mortgage for the property commonly known as 3548 Larkspur Avenue Cincinnati, Ohio [45208] were part of bankruptcy 1:17-bk-12798 .

32. John and jane does in bankruptcy 1:17-bk-12798 allowed defendants to illegally transfer property commonly known as 3548 Larkspur Avenue Cincinnati, Ohio [45208] without a lifting of the automatic stay under the color of law without due process.

33. This Court, Beth Buchanan, Margret Burks and the attorney for Clunk, Hoose Co. LPA knowingly conspired to take private property of derryn-nicole: jones under the color of law.

34. Defendant Beth A Buchanan was given documents of tender an acceptance from U.S. BANK N.A. AS TRUSTEE for property commonly known as 3548 Larkspur Avenue Cincinnati, Ohio [45208] by Dwight earl jones in his bankruptcy case in 2021.

35. Dwight Earl jones filed a proof of claim in bankruptcy **1:21-bk-10011** and all defendants knew of proof of claim no entity objected to proof of claim.

4

36. Defendant LeAnn E Covey filed a automatic lift of stay under the color of law without objecting to proof of claim or filing a proof of claim in bankruptcy case 1:21-bk-10011 and no placing a claim on the property in bankruptcy 1:23-bk-10615.
37. derryn filed a timely demand for trial by jury and the parties did not give derryn, her right to a trial by jury.
38. The court never sent notice of bankruptcy 1:23-bk-10615 to Beneficiary(s) Dwight E Jones and Derryn N Jones.
39. united states constitution of America as ratified on December 15, 1791 to include the bill of rights Article VI [2][3] that the judge must honor, defend, protect, obey by this supreme controlling mandatory law requirement to ensure all Due Process and constitutional procedures judges must perform regardless. FAILURE to do so results in TREASON.
40. Judge Beth A Buchanan cannot Act to over-ride united states constitution of America as ratified on December 15, 1791 to include the bill of rights Article VI [2][3], Supremacy Clause and constitutional Oath and ignore Due Process without the Jury, causing a complete lack of Subject Matter Jurisdiction.
41. True Definition: The Court is the authority - law of united states constitution of America as ratified on December 15, 1791 to include the bill of rights document itself, where in the administration of justice, the Constitution itself, hears We The People, before a Jury of our peers, justly under the processes of the united states constitution of America as ratified on December 15, 1791 to include the bill of rights called Due Process.
42. All judges derive only limited-restricted privileged power & authority from Article VI [2][3] during good Behavior.
43. The united states constitution of America as ratified on December 15, 1791 to include the bill of rights clearly in the 5th and 14th Amendment that no one shall be "deprivedof life, liberty or property without due process of law." Due process of law is a trial by jury.
44. Having the hearing set for July 18, 2023 after receiving demand for trial by jury is fraud upon the Court and COMMITTING JUDICIAL VIOLATIONS OF THE united states constitution of America as ratified on December 15, 1791 to include the bill of rights CONTROLLING LAW AND MANDATORY PROCEDURES ARTICLE VI SECTION 1(2) SUPREMACY CLAUSE, ARTICLE VI SECTION 1(3), OATH OF OFFICE,

ARTICLE III SECT. 3 (1) TREASON, AMENDMENT 14 SECT. 3 TREASON, ARTICLE 1 SECT.10 (1) CONTRACTS, ARTICLE III SECTION 2(3) JURY, All in violations of Plaintiff's Due Process, Equal protection to and under Articles 1st, 4th, 5th,6th,7th,8th, 9th,11th, 13th , and the 14th Amendments or Articles, CONSTITUTIONAL "BILL OF RIGHTS" VIOLATIONS WITH LACK OF SUBJECT MATTER JURISDICTION, PURSUANT AND UNDER [c.f. 42 U.S.C. § 1983 et seq.] CONSPIRACY [c.f. 42 U.S.C. § 1985 et seq.] STATUTE: [c.f. 18 U.S.C. § 242 et seq.], STATUTE [c.f. 18 U.S.C. § 241 et seq.] EXTRINSIC FRAUD, JUDICIAL MALFEASANCE, CONSPIRACY AGAINST RIGHTS, DEPRIVATION OF DUE PROCESS, CONSPIRACY, FRAUD UPON THE COURT, JUDICIAL OBSTRUCTION OF JUSTICE [c.f.]18 U.S.C. 2 Principles [c.f.18 U.S.C §1503], Attempted Extortion Under Color Of Official Right [c.f. 18 U.S.C Section § 1951 (b)(2)], ACTION FOR NEGLECT TO PREVENT[c.f. 42 U.S.C. § 1986 et seq.,] INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, all going to and effecting-violating the Plaintiff's complete Due Process-Equal Protection to right to Redress, Freedom of Speech, Freedom of Association to The Right to Constitutional Counsel, Reasonable Access To the Courts, The Right To A Fair Trial by jury , the Knowing Use of Perjured Testimony, Cruel & Unusual Summary Judgment Punishment, Abuse Of Process, Interference With Contract Rights, Trespass to Land, Conversion, Unlawful Foreclosure, Kidnapping, Bribery-Blackmail, Extortion, Assault, Deprivation of Property, False Imprisonment of property, , all that simply stands on the record itself is in very certain clear view evidence, resulting in very certain DAMAGES TO COMPENSATORY, SPECIAL, PUNITIVE AND where you all deserve Federal Prison for your acts of CRIMINAL CAPITAL FELONY TREASON, res ipsa loquitur.

45. Derryn-Nicole:. Jones a/k/a Derryn N Nesbitt; Jones, Derryn- Nicole; Derryn N. Jones special occupant, agent, Ultimate beneficiary, trustee, executor, grantee, grantor of Estate/Trust (ens legis) DERRYN NICOLE JONES a/k/a DERRYN NICOLE NESBITT, DERRYN N JONES will be preceding only in and under Article III constitutional common law court to all her constitutional Bill of Rights, procedures, due process to trial by jury on her special deoposit private property.

6

46. Derryn-Nicole:. Jones a/k/a Derryn N Nesbitt; Jones, Derryn- Nicole; Derryn N. Jones special occupant, agent, Ultimate beneficiary, trustee, executor, grantee, grantor of Estate/Trust (ens legis) DERRYN NICOLE JONES a/k/a DERRYN NICOLE NESBITT, DERRYN N JONES has the right to life, liberty and property which mean she has a right to due process which is a trial by a jury of her peers.
47. derryn has not waived any her rights.
48. The 5th Amendment secures that no person will be deprived of life, liberty, or property without due process of law.
49. The "the injured party" must appear and state he/she is owed a debt, the debtor must be given the right to challenge this debt for "validation" 15 USC 1692g. Only an "injured party" can claim a debt is owed. "Imaginary persons" cannot appear or give testimony and cannot be the "Plaintiff" of any cause of action.

Count One: Violation of 42 U.S.C. 1983:

50. W Plaintiff incorporates by reference the facts alleged in paragraphs 1-49.
51. The defendant's negligence was the direct and proximate result of the plaintiff's injuries.
52. The defendants violated the plaintiff's right to due process 42 U. S. C. 1983 by using an unfair court process that is in violation of the federal laws and the court rules.

Count Two: Violation of Due Process:

53. Plaintiff incorporates by reference the facts alleged in paragraphs 1-49
54. The defendants had a duty to follow the law and the constitution.
55. In assessing whether this demonstration has been or can be made, the courts look to the five elements, which, over the centuries of judicial experience, have come to be recognized as the sine qua non of "due process."
    i. Equality: The system must not discriminate procedurally between parties. If one party is entitled to counsel, then all are entitled. If notice is provided one, it must be provided for all. The essential requirement for Equality is that the system provide a "level playing field" for the disputants. Discrimination in appearance or fact is an anathema to the Equality required to satisfy due process.
    ii. Economy: The cost of access to the system must not be a barrier to its use or operate to the disadvantage of one or the other parties. This means that grievance and

7

   arbitration proceedings should not be made a Board profit center and, in fact, may have to become subsidized to assure open access.

iii. Expedition: As "justice delayed is frequently justice denied," there is an affirmative obligation on the part of the system to expedite ethics and arbitration proceedings. This does not foreclose orderly procedure with adequate time to ensure notice, time to prepare, opportunity to identify and gather witnesses, and otherwise develop facts and arguments. It does, however, foreclose dilatory tactics, unreasonable extension of time, and protraction of hearings.

iv. Evidence: The system must be designed and function to elicit evidence, not assumptions; proof, not presumptions. While strict rules of evidence in the judicial sense do not apply, there must be control of what is admitted as relevant and judgment as to what is mere speculation and hearsay designed to prejudice rather than inform.

v. Rights: Right to trial by jury a constitutional right

### Count Three: Conspiracy to Commit Real Estate Deed Fraud:

56. Plaintiff incorporates by reference the facts alleged in paragraphs 1-49
57. The defendants had a duty to follow the law and the constitution.

### Count Four: TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, PERMANENT INJUNCTION, AND OTHER DECLARATORY AND INJUNCTIVE RELIEF:

58. Plaintiff incorporates by reference the facts alleged in paragraphs 1-49
59. This Complaint is a request for injunctive relief where the source of fraudulent misrepresentation, purposely conducted, continues to harm both Plaintiff and the public.
60. The defendants are Relying on false or misleading information under the color of law.

### Count Five: Obstruction of The Administration of Justice

61. Plaintiff incorporates by reference the facts alleged in paragraphs 1-49
62. The defendants had a duty to follow the law and the constitution.
63. The defendants conspiried to deny carlean her rights to due process under the color of law

    IV.  Request for Damages relief:

64. Plaintiff request compensatory and general damages for expenses for legal expenses, medical bills, mental anguish associated with living with the consequences of the defendant's negligence, loss of income, and damaged credit score, embarrassment from having plaintiff's house listed on Zillow and other Real estate foreclosure websites before while the case is in litigation. The plaintiff request punitive damages in what the jury finds just and fair. Plaintiff prays that this court enter judgment for the Plaintiff and against each of the Defendants, and grant:

   a) . compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount in excess Three Million Dollars and any further relief that this court deems just and proper, and any other appropriate relief a law **WHEREFORE**, Plaintiff derryn-nicole and dwight-earl; of the jones family, request the following

   b) That the court enter a judgment in favor of derryn-nicole and dwight-earl; of the jones family, and against the defendants on all counts of the Complaint:

   c) That the court award compensatory damages into Plaintiff and against the defendants jointly and severally, in an amount to be determined at trial:

   d) That the court award punitive damages to plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future.

   e) That the court award plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

   f) That the court grant Plaintiff such other equitable relief that the court deems appropriate.

## V. Demand For A Trial By Jury

65. Derryn-nicole: and Dwight-earl: of the jones family, the plaintiff, and hereby demands jury trial on all issues so triable to a jury.

VI. Derryn-nicole: and Dwight-earl: of the jones family Does not Consent to Magistrate

66. Derryn-nicole: and Dwight-earl: of the jones family special occupant(s), agent(s), secured party(s), beneficiary(s), co-trustee, co-executor, grantee, grantor of Estate/Trust (ens legis) DERRYN NICOLE JONES a/k/a DERRYN NICOLE NESBITT, DERRYN N JONES does not consent to magistrate residing over these proceeding nunc pro tunc

_____
Witness 1
Name BOBBY BALL

_____
Witness 2
name BRENTON NEWTON

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 USCA 1746(1) without the United States) on 18 day of July, 2023

Without Recourse

Autograph by: derryn-nicole :Jones (BENEFICIARY/CO-TRUSTEE)
:derryn-nicole : (special occupant agent/beneficiary/
beneficial owner/grantee/trustee/grantor/executor for
ens legis Derryn N Jones a/k/a Derryn Nicole Jones and
any name derivative identified by account ending in the
last four numbers XXX-XX-8719 ) of the family jones
All rights reserved and retained
Void where prohibited by law

Without Recourse

Autograph by: Dwight-earl Jones (beneficiary/Trusste)
:Dwight-earl : (special occupant agent/beneficiary/
beneficial owner/grantee/trustee/grantor/executor for
ens legis Dwight E Jone a/k/a Dwight Earl Jones and
any name derivative identified by account ending in the
last four numbers XXX-XX-7413 ) of the family jones
All rights reserved and retained
Void where prohibited by law

**THIS PAGE IS LEFT BLANK ON PURPOSE:**