# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Derryn-Nicole Joines, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-452 |
| Beth A. Buchanan, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the R&R (Doc. 4) is adopted in large part, Joneses' variously styled objections to the R&R (Docs. 5, 11) are overruled, and this case is dismissed. More specifically, the Court dismisses the damages claims against Defendant Judge Buchanan in her individual capacity with prejudice and all other claims without prejudice. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Opinion and Order would not be made in good faith. It therefore denies the Joneses leave to appeal in forma pauperis. Separately, the Court overrules the Joneses' objections (Doc. 10) to the Magistrate Judge's Order (Doc. 8). The Court warns the Joneses that the Court will exercise its inherent authority to impose sanctions on them, up to and including a declaration that they are vexatious litigants, the imposition of pre-filing requirements, fines, and any other sanction deemed necessary to protect against further abuse of the judicial process.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:   7/30/24

CLERK OF COURT

*Scott M. [signature]*

Signature of Clerk or Deputy Clerk